# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RUDOLFO DIAZ-MUNIZ,**
**A# 024-676-154,**

    **Petitioner,**

vs.                              **Case No. 4:18cv16-WS/CAS**

**JEFF SESSIONS, et al.,**

    **Respondents.**
_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on January 8, 2018. ECF No. 1. Petitioner did not, however, pay the $5.00 filing fee, nor did he file a motion requesting leave to proceed in forma pauperis. An Order was entered on January 16, 2018, directing Petitioner to do one or the other to proceed. ECF No. 3. That Order was not returned to the Court as undeliverable and, thus, it is presumed that Petitioner received it. It is also presumed that Petitioner has abandoned this litigation because he did not comply with the Order. The February 12, 2018, deadline has long passed, and there is no need to continue this case since Petitioner was

warned that if he failed to comply, a recommendation would be made to dismiss this action. ECF No. 3. Accordingly, this case should now be dismissed for failure to prosecute and failure to comply with a Court Order.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and for failure to comply with a Court Order pursuant to Fed. R. Civ. P. 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on March 16, 2018.

S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**