IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RODOLFO DIAZ-MUNIZ,

    Petitioner,

v.                                            4:18cv16–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed March 16, 2018. The magistrate judge recommends that this case be dismissed without prejudice for petitioner's failure to prosecute and to comply with an order of the court. The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is hereby DISMISSED without prejudice for failure to comply with an order of the court and to prosecute the case.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this ___12th___ day of ___April___, 2018.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE